STATE OF NEW JERSEY v. DEREK CLARK.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS H. DEEF.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY HOPKINS.

January 25, 1983.

Petition for certification denied.

ANNA JOHNSON v. CITY OF NEWARK.

January 25, 1983.

Petition for certification denied.

ANNA JOHNSON v. CITY OF NEWARK.

January 25, 1983.

Cross-petition for certification denied.